1012

No. 96–5308. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5380. KENNEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–5498. SPENCE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and
No. 96–5499. SPENCE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. Reported below: 80 F. 3d 989.

No. 96–5714. HOMICK v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5729. JENKIN, AKA JENNINGS, AKA RAMIREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5731. LAGOYE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5733. FLORES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5789. KUBINSKI ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5882. PARARAS-CARAYANNIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5947. BUENOANO v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–6082. SALEEM v. HELMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–6085. SHABAZZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–6088. SHERRILLS v. ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–6090. PARTEE v. PASTRICK ET AL. C. A. 7th Cir. Certiorari denied.